IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWEN HARTY,<br><br>                Plaintiff,<br><br>v.<br><br>DINIVAL AMERICA, LLC, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 18-4907 |

## ORDER

**AND NOW**, this 5th day of December 2019, upon consideration of a letter faxed to Chambers from John F. Ward, Esquire, counsel for Plaintiff, dated December 4, 2019, it is **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b). The Clerk of Court shall close this case for statistical purposes.

It is **FURTHER ORDERED** that the Clerk of Court shall docket the attached letter.

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.